# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 AUG 10 P 1:34
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

**Pearl Ann Henyard**

v.

(Full name of defendant(s))

**Aurora Medical Center, ACL Laboratories**

Case Number: **17-C-1108**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Illinois__ (State) and resides at __1340 S. Troy, Chicago IL. 60623__ (Address).

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Aurora Medical Center; ACL Laboratories__ (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at ___unknown___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Aurora Medical Center, 10400 75th Street, Kenosha WI, 53142___
(Employer's name and address, if known)

& ___ACL Laboratories, 8901 W. Lincoln Ave West Allis, WI 53227___

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On September 8, 2015, Plantiff Pearl Ann Henyard was injected with an agent through iv from a blood drawer from ACL Laboratories without Plantiffs consent, with an intent to harm, which caused various injuries. There was not a doctor or nurse that told Plaintiff that she was receiving medication. The cardiologist technician came in with a big black box and sits it up on the table at the foot of the bed to do my EKG, he starts to put the EKG pads on my body. The blood drawer comes in the room, she sits her tote

Continued on Next Page...

on the left side of me away from my bed. She rubs an alcohol pad on my arm, she gets a needle and insert it in my arm which is an iv, the cord to the IV extended out extremely long, she took a few steps back while pulling the pigtail of the Iv towards her and then pushing the pigtail back up into postion. She then grabs a needle with a Vacutainer on it to take my blood and switched the tubes to take several samples. She then removes the last tube of blood and vacutainer. Afterwards she removed the iv needle from my arm, the mouth of the needle was about the size of a writing pinhole, if not longer. There was fluid with a light brownish hue coming from the needle, she tried to cover the needle, she then turned quickly to try to block my sight of view, which I then seen a bubble at the tip of the needle with a lot of fluid leaking off the bubble which should have been blood if anything. When she walks out She tells the cardiologist technician she'll be leaving in 20 minutes. The cardiologist technician still has Continued on Next Page

his equipment on me which he should have been done long ago. As he's taking off the cords and removing some of the sticky pads and grabbing his box, I notice he had two id's on him, he hurries out the room and goes the opposite way from her. Another staff member comes in to connect Plantiff to the saline solution shortly after. The cat scan technician came to get Plantiff to get a cat scan of brain, assisted Plantiff to cat scan room with iv drip. Cat scan of brain was taken while Plantiff still had iv drip, NaCl (saline solution) in arm while being exposed to radiation. The doctor, Adam T. Cios came into Plantiff's room for the first and last time after the cat scan and diagnosed Plantiff with Sinusitis, which Plantiff had no symptoms of. The Doctor prescribed Augmentin, amoxicillin and clavulanate potassium 875mg. Medical record says I received Zofran and Benadryl, which I did not receive by mouth. Due to the medications that was prescribed and the life span of the medications zofran and benadryl Continued on Next Page...

would have been an adverse reaction, Death. In Medical Record, in Bad Results in Ed: (continued) it says Plaintiff had severe skin rash or hives and itching. Symptoms are considered life-threatening and include closing of throat, irregular heart beat, convulsions and unresponsiveness. In ED Notes by Kathryn E. Johnson, RN. It states, Plaintiff "left side of body is heavy for the last 2-3 days which is all false. I never had any of the symptoms stated above prior and I specifically stated I was in a motor vehicle accident and injured my left shoulder, left leg, and also other body parts. Injuries: A flow of something filled my body; radiating, tissue damage, sagginess in skin, eye problems, nail discoloration (moolines) white at nail beds, black lines in nails, discoloration of discharge, weakness, chest Pain, lack of oxygen, heart injury, paresthesia, and feeling of an electrical shock.

Complaint – 3
Case 2:17-cv-01108-LA   Filed 08/10/17   Page 5 of 7   Document 1

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Damages to compensate for all bodily harm, emotional harm, pain, and suffering, loss of enjoyment of life, and any other injuries inflicted by defendant. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses if applicable.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __10__ day of __August__ 20_17_.

Respectfully Submitted,

_Paul Ann Henyard_
Signature of Plaintiff

_773-542-1384_
Plaintiff's Telephone Number

_Phenyard@yahoo.com_
Plaintiff's Email Address

_1340 S. Tray_
_Chicago IL 60623_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.