AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

PEARL ANN HENYARD,
    Plaintiff

v.          CASE NUMBER: 17-C-1108

AURORA MEDICAL CENTER and
ACL LABORATORIES,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m).

| 5/1/18 | Stephen C. Dries |
|---|---|
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |